```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                     :
THERESA RED and GREGORY RED,                         :
                                                     :
                        Plaintiffs,                  :
            -v-                                      :    19-cv-4992 (LJL)
                                                     :
FOUR POINTS BY SHERATON NEW YORK                     :        ORDER
DOWNTOWN HOTEL, MARRIOTT                             :
INTERNATIONAL INC., and REAL HOSPITALITY             :
GROUP, INC.,                                         :
                                                     :
                        Defendants.                  X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020

LEWIS J. LIMAN, United States District Judge:

    The parties request for an extension of time is granted. The deadline for the completion of all discovery is set for December 15, 2020. It is further ordered that the parties shall appear for a telephonic status conference on December 21, 2020 at 11:00 a.m. Parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: September 30, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge