```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
THERESA RED and GREGORY RED,                                         :
                                                                     :
                                    Plaintiffs,                      :
              -v-                                                    :   19-cv-4992 (LJL)
                                                                     :
FOUR POINTS BY SHERATON NEW YORK                                     :   ORDER
DOWNTOWN HOTEL, MARRIOTT                                             :
INTERNATIONAL INC., and REAL HOSPITALITY                             :
GROUP, INC.,                                                         :
                                                                     :
                                    Defendants.                      :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2020

LEWIS J. LIMAN, United States District Judge:

     Plaintiffs have moved to file an amended complaint adding third-party defendant Skyteam Corp. as a direct defendant.  Skyteam Corp. resists on the grounds that the amendment would be futile.  However, Plaintiffs have not filed a copy of the proposed amended complaint. By November 5, 2020 at 5:00 p.m., Plaintiffs shall file a copy of the proposed amended complaint on ECF.

     SO ORDERED.

Dated: November 3, 2020
      New York, New York

                                                                     LEWIS J. LIMAN
                                                                United States District Judge