```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THERESA RED & GREGORY RED,                           :
:
Plaintiffs,          :
:        19-cv-4992 (LJL)
-v-                                          :
:        ORDER
REAL HOSPITALITY GROUP, LLC, et al.,               :
:
Defendants.        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties' request for an extension of time to complete discovery is GRANTED. The deadline for completion of discovery will be February 15, 2021.

      The post-discovery conference previously scheduled for December 21, 2020 will be held on February 17, 2021 at 11:00 a.m. The conference will proceed telephonically. Parties are directed to dial 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated:  December 1, 2020
       New York, New York                                   _____
                                                      LEWIS J. LIMAN
                                                    United States District Judge