```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THERESA RED and GREGORY RED,

                Plaintiffs,

                19-cv-4992 (LJL)

    -v-

                ORDER

LAM PLATT STREET HOTEL, LLC; LAM PLATT
STREET HOTEL, LLC a/k/a FOUR POINTS BY
SHERATON NEW YORK DOWNTOWN HOTEL;
REAL HOSPITALITY GROUP LLC d/b/a FOUR
POINTS BY SHERATON NEW YORK DOWNTOWN
HOTEL and SKYTEAM CORP.,

                Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        It is hereby ORDERED that any motions for summary judgment be filed by January 14, 2022, any opposition to such motions or cross-motions be filed by February 14, 2022, and any reply to such opposition be filed by March 1, 2022.  Upon resolution of summary judgement motions, the Court will refer the parties to the Southern District of New York's Mediation Program.

        IT IS FURTHER ORDERED that a jury trial is scheduled to begin on May 16, 2022 at 9:30 am in Courtroom 15C of the 500 Pearl Street Courthouse.  The parties shall appear for a final pretrial conference in Courtroom 15C on May 12, 2022 at 3:00 pm.  The parties shall submit a proposed final pretrial order by April 29, 2022.

        SO ORDERED.

Dated: October 28, 2021
      New York, New York

                                               LEWIS J. LIMAN
                                             United States District Judge