```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THERESA RED and GREGORY RED,                            :
:
                Plaintiffs,                                            :
:      19-cv-4992 (LJL)
      -v-                                                        :
:      ORDER
LAM PLATT STREET HOTEL, LLC; LAM PLATT    :
STREET HOTEL, LLC a/k/a/ FOUR POINTS BY        :
SHERATON NEW YORK DOWNTOWN HOTEL;        :
REAL HOSPITALITY GROUP LLC d/b/a FOUR          :
POINTS BY SHERATON NEW YORK DOWNTOWN :
HOTEL and SKYTEAM CORP.,                                     :
:
                Defendants.                                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received the proposed notice of voluntary dismissal as to Defendant Skyteam Corp., pursuant to Federal Rule of Civil Procedure 41.  Dkt. No. 99.  Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss Plaintiffs' complaint as against Defendant Skyteam Corp. with prejudice and with each party to bear their own costs and fees.

      This Order shall have no effect on the dispute between Skyteam Corp. and the parties other than plaintiffs Theresa and Gregory Red.

      SO ORDERED.

Dated: February 14, 2022
       New York, New York                         _____
                                                                LEWIS J. LIMAN
                                                              United States District Judge