USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
THERESA RED and GREGORY RED,

        Plaintiffs,

    -v-

LAM PLATT STREET HOTEL, LLC, LAM PLATT STREET HOTEL, LLC a/k/a FOUR POINTS BY SHERATON NEW YORK DOWNTOWN HOTEL, REAL HOSPITALITY GROUP,

        Defendants.
_____
REAL HOSPITALITY GROUP d/b/a FOUR POINTS BY SHERATON NEW YORK DOWNTOWN HOTEL, LAM PLATT STREET HOTEL, LLC, REAL HOSPITALITY GROUP, LLC, LAM PLATT STREET HOTEL LLC,

        Third-Party Plaintiffs,

    -v-

SKYTEAM CORP.,

        Third-Party Defendant.
------------------------------------------------------------------- X

19-cv-4992 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: May 26, 2022
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge